### Andrew Moss v. The State.

No. 5543.　Decided.　November 1, 1919.

**Companion Case—Practice on Appeal.**

Where a companion case was decided adversely to appellant involving the same question, the judgment below is affirmed.

Appeal from the District Court of Smith.   Tried below before the Hon. J. R. Warren, judge.

Appeal from a conviction of the unlawful manufacture of intoxicating liquors; penalty, one year imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*Alvin M. Owsley,* Assistant Attorney General, for the State.—On question of sufficiency of evidence: Branch v. State, 1 Texas Crim. App., 99; Meyer v. State, 122 S. W. Rep., 22; Lega v. State, 36 Texas Crim. Rep., 38.

On question of absence of statement of facts and bills of exception: Williams v. State, 43 S. W. Rep., 518.

DAVIDSON, Presiding Judge.—This is a companion case to Curry v. State, Grandberry v. State, and Bradford v. State, 86 Texas Crim. Rep., 229 this day decided, involving the same character of conviction as well as the same questions.   In accordance with the views of the majority of the court this judgment will be affirmed.

*Affirmed.*